**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

| IN RE: WELCH'S FRUITY BITES MARKETING AND SALES PRACTICES LITIGATION | MDL DOCKET NO. 1:26-P-53 |
|---|---|

**AMENDED PROOF OF SERVICE**

I hereby certify that on October 6, 2026, I caused a copy of the Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated Pretrial Proceedings, the Memorandum of Law in support of that Motion, the Schedule of Actions, the Complaints and Docket Sheets for the actions listed on the Schedule of Actions, which are attached as Exhibits A through P, and the original Proof of Service to be electronically filed with the JPML using the Court's CM/ECF system, and on the following via overnight delivery:

United States Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, DC 20544-0005

In addition, I hereby certify that on October 6, 2026, I caused a copy of the foregoing Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated Pretrial Proceedings, the Memorandum of Law in support of that Motion, the Schedule of Actions, the Complaints and Docket Sheets for the actions listed on the Schedule of Actions, which are attached as Exhibits A through P, and the original Proof of Service to be electronically filed and served on the following through the Courts' respective CM/ECF systems:

Clerk of Magistrate Judge Robert M. Levy
United States District Court for the New York
Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

Clerk of Magistrate Judge James M. Wicks
United States District Court for the New York
Eastern District
100 Federal Plaza
Central Islip, NY 11722

Clerk of Judge Gonzalo P. Curiel, United States District Court
Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

Clerk, Everett McKinley Dirksen United States Courthouse
Eastern Division – Chicago
219 South Dearborn Street
Chicago, IL 60604

Clerk of Judge James V. Selna, Central District of California
Southern Division – Santa Ana Courthouse
411 West Fourth Street, Room 1053
Santa Ana, CA 92701-4516

In addition, I hereby certify that on October 6, 2026, I caused a copy of the foregoing Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated Pretrial Proceedings, the Memorandum of Law in support of that Motion, the Schedule of Actions, the Complaints and Docket Sheets for the actions listed on the Schedule of Actions, which are attached as Exhibits A through P, and the original Proof of Service to be electronically filed and served on the following through the Courts' respective CM/ECF systems:

**COUNSEL OF RECORD IN THE FOLLOWING ACTIONS:**

***Julissa Feliciano, individually and on behalf of all others similarly situated v. Promotion In Motion, Inc.*, Case No. 1:26-cv-05405 (E.D.N.Y.):**

<u>Counsel for Plaintiff Julissa Feliciano</u>

Adrian Gucovschi, Esq.
Gucovschi Law Firm, PLLC
165 Broadway, 23rd Floor
New York, NY 10006
adrian@gucovschilaw.com

Caroline C. Donovan, Esq.
Bursor & Fisher P.A.
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
cdonovan@bursor.com

L. Timothy Fisher, Esq.
Joshua B. Glatt, Esq.
Bursor & Fisher P.A.
1990 North California Boulevard, 9th Floor
Walnut Creek, CA 94596
ltfisher@bursor.com
jglatt@bursor.com

***Janet Ross, individually and on behalf of all other similarly situated v. PIM Brands, Inc.*, Case No. 2:26-cv-05551 (E.D.N.Y.):**

<u>Counsel for Plaintiff Janet Ross</u>

Michael Robert Reese, Esq.
Reese LLP
100 West 93rd Street, 16th Floor
New York, NY 10025
mreese@reesellp.com

***Tyler Maghoney, individually and on behalf of all others similarly situated v. Promotion In Motion, Inc. and Welch Foods Inc., a cooperative*, Case No. 3:26-cv-05235-GPC-AHG (S.D. Cal.):**

Counsel for Plaintiff Tyler Maghoney

Joshua B. Swigart, Esq.
Spencer L. Pfeiff, Esq.
Swigart Law Group, APC
2221 Camino Del Rio South, Suite 308
San Diego, CA 92108
josh@swigartlawgroup.com
spencer@swigartlawgroup.com

Daniel G. Shay, Esq.
Shay Legal, APC
2221 Camino Del Rio South, Suite 308
San Diego, CA 92108
dan@shaylegal.com

***Yolanda Santoyo, individually and on behalf of all other similarly situated v. PIM Brands, Inc.*, Case No. 1:26-cv-11316 (N.D. Ill.):**

Counsel for Plaintiff Yolanda Santoyo

Kevin Laukaitis, Esq.
Laukaitis Law LLC
954 Avenida Ponce De Leon, Suite 205, #10518
San Juan, PR 00907
klaukaitis@ecf.courtdrive.com

***Saad Amer, individually, and on behalf of all others similarly situated v. PIM Brands, Inc. and Welch Foods Inc., a cooperative*, Case No. 8:26-cv-02822 (C.D. Cal.):**

Counsel for Plaintiff Saad Amer

Joseph Hakakian, Esq.
Benjamin Heikali, Esq.
Joshua Nassir, Esq.
Ruhandy Glezakos, Esq.
Treehouse Law LLP
3130 Wilshire Boulevard, Suite 555
Santa Monica, CA 90403
jhakakian@treehouselaw.com
bheikali@treehouselaw.com
rglezakos@treehouselaw.com

jnassir@treehouselaw.com

In addition, I hereby certify that on October 6, 2026, I caused a copy of the foregoing Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated Pretrial Proceedings, the Memorandum of Law in support of that Motion, the Schedule of Actions, the Complaints and Docket Sheets for the actions listed on the Schedule of Actions, which are attached as Exhibits A through P, and the original Proof of Service to be electronically served on the counsel below for Plaintiffs Samantha Gavros and Kristl Cook via electronic mail. In addition, the foregoing documents were served on the below counsel through the Oregon District Court's CM/ECF system on October 7, 2026:

***Samantha Gavros and Kristl Cook, on behalf of themselves and all others similarly situated v. P.I.M. Brands USA, Inc.*, Case No. 3:26-cv-01908-AN (D. Or.):**

Counsel for Plaintiffs Samantha Gavros and Kristl Cook

David F. Sugerman, Esq.
Nadia H. Dahab, Esq.
Jessica G. Snyder, Esq.
Sugerman Dahab
101 SW Main Street, Suite 910
Portland, OR 97204
david@sugermandahab.com
nadia@sugermandahab.com
jessica@sugermandahab.com

Randy K. Pulliam, Esq.
Edwin Lee Lowther, III, Esq.
Courtney Ross Brown, Esq.
Nicholas W. Lorigan, Esq.
Keira Newland, Esq.
Carney Bates & Pulliam, PLLC
One Allied Drive, Suite 1400
Little Rock, AR 72202
rpulliam@cbplaw.com
llowther@cbplaw.com
cbrown@cbplaw.com
clorigan@cbplaw.com
knewland@cbplaw.com

In addition, I hereby certify that on October 7, 2026, I caused a copy of the foregoing Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 for Coordinated Pretrial Proceedings, the Memorandum of Law in support of that Motion, the Schedule of Actions, the Complaints and Docket Sheets for the actions listed on the Schedule of Actions, which are attached as Exhibits A through P, and the original Proof of Service to be electronically filed and served on the following through the Court's respective CM/ECF system:

Clerk of Judge Adrienne Nelson, Mark O. Hatfield United States Courthouse
1000 Southwest Third Avenue, Room 1407
Portland, OR 97204-2944

**CERTIFICATION OF FILING AND SERVICE OF NOTICE OF MOTION FOR TRANSFER OF ACTIONS PURSUANT TO 28 U.S.C. § 1407**

I hereby certify that on October 6, 2026, I caused a copy of Notice of Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 and Schedule of Actions to be electronically filed and electronically served on the respective court clerks and counsel of record for the Plaintiffs in each of the subject actions listed in the Schedule of Actions using the Courts' respective CM/ECF systems, except for *Samantha Gavros and Kristl Cook, on behalf of themselves and all others similarly situated v. P.I.M. Brands USA, Inc.*, Case No. 3:26-cv-01908-AN (D. Or.) ("*Gavros*"). I further certify that on October 6, 2026, I caused a copy of the Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 and Schedule of Actions to be served on counsel of record for Plaintiffs in *Gavros* via electronic mail. I further certify that on October 7, 2026, I caused a copy of Notice of Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 and Schedule of Actions to be electronically filed and served on the court clerk and counsel of record for Plaintiffs in *Gavros*.

Dated: October 7, 2026

**VENABLE LLP**



Daniel S. Silverman
dssilverman@venable.com
Bryan J. Weintrop
bjweintrop@venable.com
Brandon M. Stoffers
bmstoffers@venable.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Tel.: (310) 229-9900
Fax: (310) 229-9901

Melissa C. McLaughlin
mcmclaughlin@venable.com
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
Tel.: (410) 244-7400
Fax: (410) 244-7742

Alexandra E. Deitz
aedeitz@venable.com
151 W. 42nd Street, 49th Floor
New York, NY 10036
Tel.: (212) 307-5500
Fax: (212) 307-5598

*Attorneys for Defendants PIM BRANDS, INC., erroneously sued in some cases as PROMOTION IN MOTION, INC. and P.I.M. BRANDS USA INC., and WELCH FOODS INC., A COOPERATIVE*